MICHAEL LEHNERS, ESQ.
Nevada State Bar No.: 3331
429 Marsh Avenue
Reno, NV 89509
(775) 786-1695
Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

oOo

GEORGE MORRIS and JOAN MORRIS,
husband and wife, on behalf of themselves
and all other persons similarly situated,

    Plaintiff,

vs.

BANK OF AMERICA, N.A. a National
Banking Associations, et al.,

    Defendant.
_____/

CASE NO.: 3:18-CV-00 507-MMD-CBC

**ORDER APPROVING STIPULATION FOR DISMISSAL WITH PREJUDICE**

THIS MATTER having come before this court by Stipulation of the parties herein, having reviewed the pleadings on file and good cause appearing therefore.

IT IS HEREBY ORDERED that the Stipulation is approved and the above-entitled matter is dismissed. DATED this 3rd day of April, 2019.

_____
U. S. DISTRICT JUDGE

Submitted by:

_____
Michael Lehners, Esq.
Attorney for Plaintiffs.